# Court of Appeals
# of the State of Georgia

ATLANTA,  January 31, 2019

*The Court of Appeals hereby passes the following order:*

## A19E0034.  DINA SWEARNGIN v. GID ROWELL.

The above-styled case is before this Court on Dina Swearngin's second motion for an extension of time in which to file her application for discretionary review of the trial court's order entered on December 12, 2018. On January 7, 2019, we granted Swearngin's first motion for an extension of time in which to file her application so that a transcript of the proceeding below could be filed in connection with her application. Swearngin again moves this Court for a 30-day extension of time, asserting that the transcript will not be ready by the February 11, 2019 deadline.

Upon consideration of the motion and in the exercise of our discretion, Swearngin's request for an extension of time in which to file an application for discretionary review is hereby GRANTED until March 13, 2019. This motion is granted with the expectation that Swearngin will make appropriate arrangements for the completion of the transcript prior to the extended deadline.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/31/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*